Case Number 24-2922 Mark Sala-Morgan James McNamara